## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN EASLEY,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:19-cv-2026** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **LISA HOLLIBAUGH,** *et al.*, | : | |
| **Defendants** | : | |

### <u>ORDER</u>

**AND NOW**, on this 22nd day of March 2021, for the reasons set forth in the

Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1.  Defendant Hollibaugh's motion for summary judgment (Doc. No. 90) is **GRANTED;**

2.  The Clerk of Court is directed to enter judgment in favor of Defendant Lisa Hollibaugh and against Plaintiff Warren Easley; and

3.  If Plaintiff seeks to pursue default judgment against Defendant Horton, he is directed to file a properly-supported motion for default judgment, with a brief in support thereof, within thirty (30) days of the date of this Order.

<u>s/ Sylvia H. Rambo</u>
United States District Judge