# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN EASLEY, | : | |
|     Plaintiff | : | |
| | : | No. 1:19-cv-2026 |
| v. | : | |
| | : | (Judge Rambo) |
| LISA HOLLIBAUGH, *et al.*, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 30th day of April 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment as to Defendant Horton (Doc. No. 107) is **GRANTED**;

2. The Clerk of Court is directed to defer the entry of judgment in favor of Plaintiff and against Defendant Horton pending the Court's damages determination, consistent with the Court's discussion in the accompanying Memorandum;

3. The Clerk of Court is directed to send a copy of this Order and accompanying Memorandum to Defendant Horton at the address provided in Doc. No. 58; and

4. A separate Order scheduling a hearing regarding damages shall issue.

s/ Sylvia H. Rambo
United States District Judge
