IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN EASLEY, | : | |
|    Plaintiff | : | |
| | : | No. 1:19-cv-2026 |
| v. | : | |
| | : | (Judge Rambo) |
| LISA HOLLIBAUGH, *et al.*, | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 10th day of August 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant Horton's motion to set aside default (Doc. No. 129) is **GRANTED**;

2. The Clerk's entry of default (Doc. No. 83), as well as the Court's April 30, 2021 Memorandum and Order granting Plaintiff's motion for default judgment and deferring the entry of judgment pending a determination of damages (Doc. Nos. 114, 115), are **VACATED**;

3. Because the Court has vacated the default, Plaintiff's motion to pursue damages (Doc. No. 118) is **DENIED** at this time;

4. Defendant Horton's motion for leave to file out of time (Doc. No. 131) is **GRANTED**;

5. Defendant Horton is directed to file his answer within fourteen (14) days of the date of this Order; and

6. The parties are directed to complete discovery within six (6) months of the date on which Defendant Horton files his answer.

                                                    s/ Sylvia H. Rambo
                                               United States District Judge